UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| LAMONT EVANS, EMANUEL RICHARDSON, | ) Case No. 1:17-cr-00684-ER-5 |
| | ) |
| a/k/a "Book," ANTHONY BLAND, a/k/a "Tony," | ) |
| CHRISTIAN DAWKINS, and MERL CODE, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON DEFENDANT, EMANUEL "BOOK" RICHARDSON'S FIRST MOTION TO LEAVE THE JURISDICTION**

CONSIDERING THE DEFENDANT'S MOTION, it is hereby ORDERED that Defendant Emanuel "Book" Richardson, be permitted to leave the US District of Arizona and travel to the Northern District of California on February 22nd, 2019 and returning to Arizona on February 25th, 2019.

This 19 day of ___Feb.___, 2019.

New York, New York

JUDGE RAMOS