**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

v.                                                                          Case No. 17-cr-00684-ER

MERL CODE, and                                          **NOTICE OF DEFENDANTS'**
CHRISTIAN DAWKINS,                                   **MOTION TO INTRODUCE
                                                                             EVIDENCE OF THEIR AND**
            Defendants.                                        **THEIR ALLEGED
                                                                             CO-CONSPIRATORS'
                                                                             STATES OF MIND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and any

exhibits attached thereto, Defendants Christian Dawkins and Merl Code, by their undersigned

attorneys, shall move before the Honorable Edgardo Ramos of the United States District Court

for the Southern District of New York, at the U.S. Courthouse located at 40 Foley Square, New

York, New York, for an Order granting Defendants' Motion to Introduce Evidence of Their and

Their Alleged Co-Conspirators' States of Mind; as per the following schedule set by the Court:

- Pretrial motions due by April 5, 2019;

- Responses due by April 12, 2019;

- Replies due by April 16, 2019.

Dated:    New York, New York
          April 5, 2019

**NEXSEN PRUET LLC**

By: /s/ Mark. C. Moore
William W. Wilkins
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
(864) 370-2211

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300

*Attorneys for Defendant Merl Code*

**HANEY LAW GROUP PLLC**

By: /s/ Steven A. Haney
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
(248) 414-1470

*Attorneys for Defendant Christian Dawkins*